BRENDA MOODY WHINERY (#010677)
United States Trustee
District of Arizona

RICHARD J. CUELLAR (WI #100631)
Post Office Box 36170
Phoenix, Arizona 85067-6170
(602) 640-2100

FILED
FEB 2 6 2002
KEVIN E. O'BRIEN
UNITED STATES
BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

UNITED STATES BANKRUPTCY COURT

DISTRICT OF ARIZONA

In re:

FOURTHSTAGE TECHNOLOGIES, INC.,

Debtor.

Chapter 11

Case No. B-01-17604-ECF-EWH

APPOINTMENT OF COMMITTEE
OF UNSECURED CREDITORS

Pursuant to 11 U.S.C. §§ 1102(a) and 1102(b)(1), the following creditors of the above-captioned debtor, being among those holding the largest unsecured claims and who are willing to serve, are appointed to the committee of unsecured creditors:

1. J. Christopher Donahue
   2317 East Mountain Sky Avenue
   Phoenix, AZ 85048
   (602) 617-5269

2. Dale Van De Vrede
   9398 North 118th Street
   Scottsdale, AZ 85259
   (602) 885-3535

3. Lee H. Collins
   25712 North 9th Avenue
   Phoenix, AZ 85027
   (623) 780-2507

Respectfully submitted,

BRENDA MOODY WHINERY
United States Trustee
District of Arizona

Dated: February 26th 2002.

_____
RICHARD J. CUELLAR

| | |
|---|---|
| 1 | Copies of the foregoing mailed this<br>26th day of February, 2002, to: |
| 2 | |
| 3 | Christopher Bayley<br>Snell & Wilmer LLP<br>400 East Van Buren |
| 4 | Phoenix, AZ 85004-0001 |
| 5 | *[signature]* |
| 6 | |

- 2 -